# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

Robert P. Young, Jr.,
Chief Justice

145551(66)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

STEPHEN CRANE,
　　　　　Petitioner-Appellee,

v

SC: 145551
COA: 301878
MI Tax Tribunal: 342138

DIRECTOR OF ASSESSING FOR THE
CHARTER TOWNSHIP OF WEST
BLOOMFIELD, DIRECTOR OF ASSESSING
FOR THE CHARTER TOWNSHIP OF
BLOOMFIELD, and UPPER LONG LAKE
IMPROVEMENT BOARD,
　　　　　Respondents-Appellants.

_____/

　　　　On order of the Court, the motion for reconsideration of this Court's April 1, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



　　　　　　　　　　Clerk

h0617